## INDIANAPOLIS BAKING COMPANY *v.* STAMMER.

[No. 10,461.   Filed June 4, 1920.   Rehearing denied December 7, 1920.]

From Marion Superior Court (101,344); *W. W. Thornton*, Judge.

Action by Charles Stammer against the Indianapolis Baking Company. From a judgment for plaintiff, the defendant appeals. *Affirmed.*

*Mark H. Miller* and *Woodburn Masson,* for appellant.
*Adolph G. Emhardt,* for appellee.

DAUSMAN, J.—Action to recover damages for breach of contract. Verdict and judgment for $800. The only error assigned is the action of the court in overruling the motion for a new trial. The record discloses no reversible error. Judgment affirmed.